**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 151 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 2460 EDA |
| | : | 2015 entered on March 12, 2021, |
| JAMES POWELL, | : | **reversing and remanding** the |
| | : | Order of the Philadelphia County |
| Petitioner | : | Court of Common Pleas at No. MC- |
| | : | 51-CR-0048966-2012 entered on |
| | : | July 31, 2015 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2021, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Johnson*, 247 A.3d 981 (Pa. 2021).